UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIS ALIC,<br><br>　　　　　　　　Petitioner,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY/IMMIGRATION CUSTOMS ENFORCEMENT, et al.,<br><br>　　　　　　　　Respondents. | Case No.: 25-cv-01749-AJB-BLM<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR THE PERSONAL APPEARANCE FOR DENIS ALIC** |

TO:　U.S. Immigration and Customs Enforcement, and
　　　**Christopher J. LaRose, Senior Warden**
　　　**Otay Mesa Detention Center**
　　　**P.O. Box 438150**
　　　**San Diego, CA 92143-8150**
　　　**(619) 671-8750**

**YOU ARE COMMANDED** to produce detainee **DENIS ALIC**, **Booking No. 071695659**, **Agency No. 071 695 659**, to appear before the United States District Court for the Southern District of California **in person** at the Show Cause Hearing on the Petition set for **September 29, 2025**, at **2:00 PM**, in Courtroom 4A of the United States District

1

1 Court for the Southern District of California, Edward J. Schwartz United States
2 Courthouse, 221 West Broadway, San Diego, CA 92101, the Honorable Anthony J.
3 Battaglia presiding, to present **DENIS ALIC** at the Hearing, and thereafter return
4 **DENIS ALIC** to the above institution at the conclusion of the Hearing in this matter.

5       **DENIS ALIC** is a necessary and material witness in the Hearing on his Petition for
6 Writ of Habeas Corpus and is confined at Otay Mesa Detention Center, in the custody of
7 the Senior Warden. The Show Cause Hearing on the Petition for Writ of Habeas Corpus is
8 set for **September 29, 2025**, at **2:00 PM**, in Courtroom 4A of the United States District
9 Court for the Southern District of California, Edward J. Schwartz United States
10 Courthouse, 221 West Broadway, San Diego, CA 92101, the Honorable Anthony J.
11 Battaglia presiding. It is therefore necessary that this Writ of Habeas Corpus ad
12 Testificandum issue commanding the custodian of **DENIS ALIC** to produce said
13 individual in Courtroom 4A of the United States District Court for the Southern District of
14 California **in person** on **September 29, 2025**, at **2:00 PM**.

15       **ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

16     1. This Writ of Habeas Corpus Ad Testificandum issue, under the seal of this
17 Court, commanding the Senior Warden of the Otay Mesa Detention Center to produce
18 **DENIS ALIC** to appear in United States District Court for the Southern District of
19 California, **in person**, at the time and place above and thereafter return **DENIS ALIC** to
20 the above institution at the conclusion of the Hearing in this matter.

21     2. The delivery of the body of **DENIS ALIC** to Courtroom 4A of the United
22 States District Court for the Southern District of California, and then return **DENIS ALIC**
23 to your custody, will be deemed sufficient compliance with this writ.
24 ///
25 //
26 ///
27 ///
28 ///

3. The custodian of **DENIS ALIC** is ordered to notify the Court of any change in custody of **DENIS ALIC** and is ordered to provide the new custodian with a copy of this Order.

**IT IS SO ORDERED.**

Dated: September 18, 2025

Hon. Anthony J. Battaglia
United States District Judge